1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES ROMERO-DORADO,

    Defendant

)
)
)
)
)
)
)
)
)
)
)

CASE NO.  23-cr-02050-W

**ORDER GRANTING THE
JOINT MOTION TO
CONTINUE**

 **IT IS HEREBY ORDERED** that the joint motion to continue is granted.  The

Motion Setting set for October 16, 2023 is hereby vacated.  A Status Hearing is set

for November 27, 2023 at 10:00 a.m.  Time is excluded pursuant to 18 U.S.C. §

3161(h)(1)(A), (h)(1)(D), and (h)(7).

 **IT IS SO ORDERED**.

Dated: ___10/11/23___   _____

        HONORABLE THOMAS J. WHELAN
        UNITED STATES DISTRICT JUDGE